**OAKLAND UNIFIED SCHOOL DISTRICT**

OFFICE OF THE GENERAL COUNSEL

*Community Schools, Thriving Students*

April 13, 2011

*Via U.S. Mail*

Judge Maria-Elena James
U.S.D.C for the Northern District of California
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

Re: **Hodge v. Oakland Unified School District**
**Northern District Of California Case No. CO9-04719 RS**

Dear Judge James:

This letter is to confirm with the Court that all parties and their counsel have agreed to continue the mandatory settlement conference ("MSC") in this matter.

Accordingly, the parties respectfully request that the MSC currently scheduled for May 17, 2011 at 10:00 a.m. be continued to June 10, 2011 at 10:00 a.m. We appreciate the Court's assistance in this matter.

Very truly yours,

Michael L. Smith, Esq.

Good cause appearing,
Approved and so ordered by:

_____
Hon. Maria-Elena James

cc: Nicole Hodge-Amey, Esq. (via U.S. Mail)