**\*E-Filed 7/26/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE HODGE, | No. C 09-04719 RS |
| Plaintiff, | |
| v. | **ORDER** |
| OAKLAND UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION as Trustees; KIM NOBLE, as an individual and in official capacity; LISA RYAN COLE, as an individual and in official capacity; IRIS WESSLEMAN, as an individual and in official capacity; and PHYLLIS HARRIS, in official capacity, | |
| Defendants. / | |

The above captioned case is referred to a Magistrate Judge for all matters relating to discovery. Accordingly, the hearing on defendants' motion for protective order scheduled for September 1, 2011 is vacated. Upon reassignment to a referral Magistrate Judge, plaintiffs must re-notice their motion. In light of the above referral, defendants' request to postpone the deposition of Kimberly Noble until after a decision on their motion for protective order is granted.

IT IS SO ORDERED.

Dated: 7/26/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-04719 RS
ORDER