```
 1  JACQUELINE P. MINOR, State Bar No. 102735
    MICHAEL L. SMITH, State Bar No. 217751
 2  MARION L. MCWILLIAMS, State Bar No. 187532
    OAKLAND UNIFIED SCHOOL DISTRICT
 3  1025 Second Avenue, Room 406
    Oakland, CA  94606
 4  Telephone:  (510) 879-8535
    Fax:  (510) 879-1833
 5  mike.smith@ousd.k12.ca.us

 6  ROY A. COMBS, State Bar No. 123507
    FAGEN FRIEDMAN & FULFROST, LLP
 7  70 Washington Street, Suite 205
    Oakland, California  94607
 8  Phone: 510-550-8200
    Fax: 510-550-8211
 9  rcombs@fagenfriedman.com

10  Attorneys for Defendants
    OAKLAND UNIFIED SCHOOL DISTRICT,
11  KIMBERLY NOBLE, LISA COLE, and IRIS WESSELMANN
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE HODGE<br><br>      Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION as Trustees, KIM NOBLE, as an individual and in official capacity, LISA RYAN COLE, as an individual and in official capacity, IRIS WESSLEMAN, as an individual and in official capacity, PHYLLIS HARRIS, in official capacity,<br><br>      Defendants. | Civil Action No. C09-04719 RS (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESSES AND PRETRIAL MOTION DATES** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff, YVONNE HODGE ("Plaintiff") and Defendants, OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY NOBLE, LISA RYAN COLE, AND IRIS WESSELMANN ("Defendants") (collectively, "the Parties"), that:

WHEREAS, the Court entered the Case Management and Scheduling Order on October 29, 2010 (DKT No. 44); and

WHEREAS, the settlement conference in this matter, having been continued twice already, is scheduled for October 12, 2011,

The Parties hereby stipulate, agree and respectfully request that the Court continue certain of the dates set forth in the October 29, 2010 Case Management and Scheduling Order (DKT No. 44) as follows:

EXPERT WITNESSES. The disclosure and discovery of expert witnesses shall proceed as follows:

The date for Plaintiff to disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is continued from September 9, 2011 to October 19, 2011.

The date for Defendants to disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is continued from October 21, 2011 to November 9, 2011.

The date for completion of all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) is continued from November 14, 2011 to November 23, 2011.

PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. The date for all pretrial motions to be heard is continued from December 8, 2011 to January 12, 2012.

///

///

///

All other dates and deadlines set forth in the Court's October 29, 2010 Case Management and Scheduling Order (DKT No. 44) remain unchanged, including the dates for the pretrial statements, pretrial conference, and trial.

**IT IS SO STIPULATED.**

Dated: September 8, 2011

**NICOLE HODGE**

By: _/s/ Nicole Hodge_

NICOLE HODGE
Attorney for Plaintiff
YVONNE HODGE

Dated: September 8, 2011

**OUSD OFFICE OF THE GENERAL COUNSEL**

By: _/s/_

Michael L. Smith
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY NOBLE, LISA COLE and IRIS WESSELMANN

**GOOD CAUSE APPEARING**, the stipulated schedule set forth above continuing the dates regarding expert witnesses and pretrial motions only is hereby adopted and approved. IT IS SO ORDERED.

Date: 9/9/11

_/s/ Richard Seeborg_
HON. RICHARD SEEBORG
United States District Court Judge

L975026.STIP RE COURT DATES