IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE HODGE<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION, KIM NOBLE, LISA RYAN COLE, PHYLISS HARRIS, and IRIS WESSLEMAN<br><br>Defendants. | Case Number 3:09-CV-04719 RS (NC)<br><br>**ORDER GRANTING MOTION FOR TELEPHONIC APPEARANCE**<br><br>Re: Docket No. 82 |

Plaintiff Yvonne Hodge requests to appear telephonically in the hearing scheduled for September 14, 2011. The request is granted.

IT IS SO ORDERED.

DATED: September 9, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge