IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE HODGE,<br><br>    Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION, KIM NOBLE, LISA RYAN COLE, PHYLISS HARRIS, and IRIS WESSLEMAN,<br><br>    Defendants. | Case Number 3:09-CV-04719 RS (NC)<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket Nos. 59, 61, 68, 69, 70 |

    Plaintiff Yvonne Hodge brings this action against the Oakland Unified School District ("the District") and several individual defendants for employment discrimination in violation of federal anti-discrimination laws. Five motions currently are scheduled to be heard on September 14, 2011: (1) Defendants' motion for a protective order, Dkt. No. 59; (2) Hodge's motion to compel the District to produce documents, Dkt. No. 61; (3) Hodge's motion to compel admissions by the District, Dkt. No. 68; (4) Hodge's motion to compel admissions by Defendant Kim Noble, Dkt. No. 69; and (5) Hodge's motion to compel the District to supplement its deposition testimony, Dkt. No. 70.

1  Based on the papers submitted by the parties, the Court finds that all five motions are
2  appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the
3  hearing scheduled for September 14, 2011 is vacated.

4  IT IS SO ORDERED.

6  DATED: September 12, 2011



NATHANAEL M. COUSINS
United States Magistrate Judge