IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YVONNE HODGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, BOARD OF EDUCATION, KIM NOBLE, LISA RYAN COLE, PHYLISS HARRIS, and IRIS WESSLEMAN,<br><br>　　　　　　Defendants. | Case Number 3:09-CV-04719 RS (NC)<br><br>**ORDER VACATING HEARING**<br><br>Re: Docket Nos. 59, 61, 68, 69, 70 |

Plaintiff Yvonne Hodge brings this action against the Oakland Unified School District ("the District") and several individual defendants for employment discrimination in violation of federal anti-discrimination laws. Five motions currently are scheduled to be heard on September 14, 2011: (1) Defendants' motion for a protective order, Dkt. No. 59; (2) Hodge's motion to compel the District to produce documents, Dkt. No. 61; (3) Hodge's motion to compel admissions by the District, Dkt. No. 68; (4) Hodge's motion to compel admissions by Defendant Kim Noble, Dkt. No. 69; and (5) Hodge's motion to compel the District to supplement its deposition testimony, Dkt. No. 70.

Based on the papers submitted by the parties, the Court finds that all five motions are appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for September 14, 2011 is vacated.

IT IS SO ORDERED.

DATED: September 12, 2011



NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:09-CV-04719 RS (NC)
ORDER VACATING HEARING