*E-Filed 11/18/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YVONNE HODGE,

        Plaintiff,
v.

OAKLAND UNIFIED SCHOOL DISTRICT, et al.,

        Defendants.

No. C 09-04719 RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on November 17, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1. <u>PRETRIAL MOTIONS</u>. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than February 16, 2012.

    2. <u>PRETRIAL STATEMENTS</u>. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before May 31, 2012, counsel shall file a Joint Pretrial Statement.

CASE MANAGEMENT SCHEDULING ORDER

3. <u>PRETRIAL CONFERENCE</u>.  The final pretrial conference will be held on **June 14, 2012, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

4. <u>TRIAL DATE</u>.   Trial shall commence on **June 25, 2012, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 11/18/11

_____
RICHARD SEEBORG
United States District Judge